# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE JUNG, et al., | |
| Plaintiff, | Case No. 2:10-cv-02236-JCM-GWF |
| vs. | **ORDER** |
| BAC HOME LOANS SERVICING, LP, et al., | Motion to Expedite Motion to Withdraw as Counsel of Record (#31) |
| Defendants. | |

This matter is before the Court on Motion to Expedite Callister & Associates, LLC.'s Motion to Withdraw as Counsel of Record (#31), filed September 2, 2011. Upon review and consideration, the Court will set this motion in the normal course.

**IT IS HEREBY ORDERED** that the Motion to Expedite Callister & Associates, LLC.'s Motion to Withdraw as Counsel of Record (#31) is **denied**.

**IT IS FURTHER ORDERED** that any response to the Motion to Withdraw as Counsel of Record (#30) will be due no later than **September 19, 2011**, pursuant to Local Rule 7-2. The Clerk of the Court shall send a copy of this order to Plaintiff Maurice Jung, Alonia Morris, and Shari and William Young at the addresses provided in the Motion to Withdraw as Counsel of Record (#30).

**IT IS FURTHER ORDERED** that Callister & Associates, LLC.'s Motion to Withdraw as Counsel of Record (#30) is set for hearing on **Friday, September 23, 2011, at 10:30 a.m.** in Courtroom 3A.

DATED this 6th day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge