# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAURICE JUNG, et al., | |
| Plaintiff, | Case No. 2:10-cv-02236-JCM-GWF |
| vs. | **ORDER** |
| BAC HOME LOANS SERVICING, LP, et al., | Motion to Withdraw as Counsel of Record (#30) |
| Defendants. | |

This matter is before the Court on Callister + Associates, LLC's Motion to Withdraw as Counsel of Record for Plaintiffs (#30), filed on September 20, 2011; Defendant Bank of America, N.A.'s Response to Motion to Withdraw as Counsel (#35), filed on September 19, 2011; and Plaintiff Maurice Jung's Opposition to Motion to Withdraw as Counsel (#37), filed on September 23, 2011.  A hearing on this matter was conducted on October 20, 2011, wherein Callister +Associates requested the Court allow them to withdrawal from representing Plaintiffs Maurice Jung, Alonia Morris, Shari Young, and William Young in this matter.

The Court finds movant has substantially established good cause for withdrawal.  However, to avoid any prejudice to Plaintiffs, the Court conditionally grants Callister +Associates withdrawal subject to the filing of a Joint or Separate Pretrial Order, which is currently due no later than Friday, November 11, 2011.  Accordingly,

**IT IS HEREBY ORDERED** that Callister + Associates, LLC's Motion to Withdraw as Counsel of Record for Plaintiffs (#30) is **conditionally granted** subject to the filing of the Joint

. . .

. . .

Pretrial Order or Separate Pretrial Order, which is due no later than **Friday, November 11, 2011**. Upon the filing of the Pretrial Order, the Court will enter an order confirming Callister + Associate's withdrawal from this matter.

**IT IS FURTHER ORDERED** that **Maurice Jung, Alonia Morris, Shari Young and William Young** shall have until **Friday, November 18, 2011**, to advise the Court if they will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of **Maurice Jung, Alonia Morris, Shari Young and William Young** to the civil docket. The Clerk of Court however shall not remove counsel's contact information from the docket until the Court enters the order confirming Callister + Associate's withdrawal from this matter.

**MAURICE JUNG**
**7585 Hauck Street**
**Las Vegas, Nevada 89139**

**ALONIA MORRIS**
**4634 Grand Drive # 4**
**Las Vegas, Nevada 89109**

**SHARI and WILLIAM YOUNG**
**2320 Angelfire Street**
**Las Vegas, Nevada 89128**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve **Maurice Jung, Alonia Morris, Shari Young and William Young** with a copy of this order at their last known address listed above.

DATED this 20th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge